CLERK, U.S. DISTRICT COURT

SEP 13 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 16-MJ-1835 |
| v. | ORDER FOR TEMPORARY DETENTION |
| JASON LOERA, | 18 USC §3142(d) |
| DEFENDANT(S). | |

The Court finds that the above-named defendant:

☒ is / was at the time the allegation set forth in the violation petition was committed was on release:
  ☐ pending trial for a felony
  ☒ pending imposition / execution of sentence
  ☐ pending appeal of sentence / conviction
  ☐ pending completion of sentence
  ☐ probation / parole for any offense
  ☐ is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and
  ☐ may flee
  ☒ poses a danger to a person or the community as follows: allegation in violation petition concerning defendant's non-compliance with the terms of his location monitoring and restrictions while on release (described in violation petition)

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify: the District of New Mexico
*Appropriate Court*

_____, _____, _____
*Probation or Parole Officer*     *State or local law enforcement*     *INS*

IT IS FURTHER ORDERED that if the District of New Mexico fails or declines to take
*State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on September 28, 2016 at 1:00 P.M.
in Courtroom E, 9th Floor, Spring Street Courthouse

DATED: September 13, 2016

R.A. OL
U.S. DISTRICT JUDGE / MAGISTRATE JUDGE

M-8 (6/98)          ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)